UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

ALI MEHRALIAN,

     Petitioner,

v.

DAKOTA COUNTY COMMISSIONER
OF COMMUNITY CORRECTION
COUNTY JAIL, et al.,

     Respondents.

Civil No. 13-3270 (JRT/JSM)

**ORDER ON REPORT
AND RECOMMENDATION**

---

Ali Mehralian, address unknown, *pro se* petitioner.

Matthew Frank and James Early, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, for respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 7, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis, (Docket No. 3), is

  **DENIED AS MOOT**; and

- 1 -

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 24, 2014

at Minneapolis, Minnesota                     ___s/John R. Tunhiem_____
                                              JOHN R. TUNHEIM
                                              United States District Judge